IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE BURLINGTON INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:24-cv-00058 |
| v. | § § | |
| MILWHITE INC., IVAN GARZA, GENOVEVA GARZA, ADHLEMY SANCHEZ MARTINEZ, HILARIO MARTINEZ, ROSALINDA REYES, IRENE GONZALEZ, RENE HINOJOSA, VERONICA HINOJOSA, JOSE ROBLES OCHOA, JESUS MELENDEZ, AND AMANDA LUCIO, | § § § § § § § § § § | |
| Defendants. | | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Burlington Insurance Company submits the following Rule 7.1 Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation or any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation and which provides a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or other legal entities that are financially interested in the outcome of the case.

**I.
CORPORATE DISCLOSURE STATEMENT**

The Burlington Insurance Company is a wholly owned subsidiary of Guilford Insurance Company, which is a wholly owned subsidiary of Alamance Insurance Company, which is a wholly owned subsidiary of First Financial Insurance Company, which is a wholly owned

subsidiary of FFIC Holdings Incorporated, which is a wholly owned subsidiary of Burlington Insurance Group, Incorporated, which is a wholly owned subsidiary of International Financial Group, Incorporated, whose shares are privately held. No publicly traded company owns 10% or more of the outstanding shares of International Financial Group, Incorporated.

## II.
## CERTIFICATE OF INTERESTED PERSONS

1. Plaintiff The Burlington Insurance Company;

2. Defendant Milwhite, Inc.

3. Defendant Ivan Garza

4. Defendant Genoveva Garza

5. Defendant Hilario Martinez

6. Defendant Adhlemy Sanchez-Martinez

7. Defendant Amanda Lucio

8. Defendant Rosalinda Rubio Reyes

9. Defendant Rene Hinojosa

10. Defendant Veronica Hinojosa

11. Defendant Irene Gonzalez

12. Defendant Juan G. Robles Ochoa

13. Defendant Jesus Melendez

## III.
## DIVERSITY DISCLOSURE

1. Plaintiff TBIC is an Illinois company incorporated under the laws of the State of Illinois with its principal place of business in Hartford, Connecticut. TBIC is therefore a citizen of Illinois and Connecticut for purposes of diversity jurisdiction.

2.	Defendant Milwhite, Inc. ("Milwhite") is a Texas corporation with its principal place of business in Texas. Milwhite is therefore a citizen of the State of Texas for purposes of diversity jurisdiction.

3.	Defendants Ivan Garza, Genoveva Garza, Hilario Martinez, Adhlemy Sanchez-Martinez, Amanda Lucio, Rosalinda Rubio Reyes, Rene Hinojosa, Veronica Hinojosa, Irene Gonzalez, Juan G. Robles Ochoa and Jesus Melendez are each individuals domiciled in Brownsville, Texas and are each a citizen of Texas for purposes of diversity jurisdiction.

Respectfully submitted,

*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Attorney-in-Charge
State Bar No. 12314560
SD Bar No. 28635
MARCIE L. SCHOUT
Of Counsel
State Bar No. 24027960
SD Bar No. 34593
TORIE ABBOTT
Of Counsel
State Bar No. 24115929
S.D. Bar No. 3841924
**QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
mschout@qslwm.com
tabbott@qslwm.com
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR PLAINTIFF
THE BURLINGTON INSURANCE COMPANY**